

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

212 660 3000
sullivanlaw.com

December 1, 2021

**VIA ECF AND EMAIL**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov



Re: **Exchange Listing, LLC v. Inspira Technologies, Ltd., Case No. 21 Civ. 7557 (KPF)**

Dear Judge Failla:

    We represent defendant Inspira Technologies OXY B.H.N. Ltd. ("Inspira" or "Defendant") in the above-referenced matter. We write with the consent of counsel for plaintiff Exchange Listing, LLC to respectfully request adjournment of the Initial Pretrial Conference scheduled for December 2, 2021 at 10:30 AM.

    The parties request this adjournment to accommodate undersigned counsel's scheduling conflict and to give the parties more to time to agree on a Case Management Plan. Accordingly, we respectfully request an adjournment of approximately 30 days, to a date convenient for the Court.

    We thank the Court for its consideration of this matter.

Respectfully submitted,

/s/ Gerry Silver

Gerry Silver, Esq.

cc: All Counsel of Record (Via ECF and Email)

```
Application GRANTED.  The initial pretrial conference scheduled
for December 2, 2021, is hereby ADJOURNED to January 7, 2022, at
12:00 p.m.
```

```
Dated:    December 1, 2021
          New York, New York
```

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

BOSTON   LONDON   NEW YORK   TEL AVIV   WASHINGTON, DC